

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2021

No. 04-20-00445-CV

Jimmy **WILLIAMS** and Cheryl Williams,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY** and its Officers and Directors,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2054-CV
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On July 7, 2021, this court issued an opinion and judgment reversing the trial court's judgment on appellants' takings claims and affirming the trial court's dismissal of all other claims. On July 20, 2021, appellant filed a motion for en banc reconsideration. After considering the merits of the motion, the motion is DENIED.

It is so **ORDERED** on August 25, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court